UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSHUA BRERETON,

      Defendant.
_____/

No. 1:22-mj-336

HON. RAY KENT
U.S. Magistrate Judge

## NOTICE OF APPEARANCE

The undersigned counsel enter their appearance for the United States in the above captioned case.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Date: August 4, 2022

_____
STEPHANIE M. CAROWAN
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404