UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          1:22-mj-336

    Plaintiff,

v.

          COMPLAINT
          **PENALTY SHEET**

JOSHUA BRERETON,

    Defendant.
_____/

**Arson of an Institution or Organization Receiving Federal Funding, 18 U.S.C. § 844 (f)(1)**

    **Maximum penalty:** Mandatory minimum of 5 years and not more than 20 years in prison and a fine of up to $250,000 [18 U.S.C. § 844(f)(1)]

    **Supervised Release:** Not more than 5 years [18 U.S.C. § 3583(b)(1)]

    **Special Assessment**: $100 [18 U.S.C. § 3013]

Date: August 4, 2022          /s/ Stephanie M. Carowan
                                            Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046