UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  Case No. 1:22-mj-336

v.                                              Hon. Ray Kent

JOSHUA BRERETON,

      Defendant.
_____/

**ORDER HOLDING DEFENDANT
FOR PROCEEDINGS BEFORE THE GRAND JURY**

      The parties appeared before me on August 10, 2022 for a preliminary examination on the complaint, which charges defendant with arson of an institution or organization receiving federal funding in violation of 18 U.S.C. § 844(f)(1). Defendant was represented by counsel and waived a preliminary examination on the record. Accordingly:

      IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1. An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on September 1, 2022 at 10:30 AM.

      IT IS SO ORDERED.

Dated:  August 10, 2022                 /s/ Ray Kent
                                            RAY KENT
                                            U.S. Magistrate Judge